UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MYRIAM BALCAZAR,

        Petitioner,

-vs-                              Case No. 5:05-cv-170-Oc-10GRJ

WARDEN, FCC COLEMAN -
CAMP, etc., et al.,

        Respondents.
_____/

## O R D E R

This case raises an issue of law concerning the Bureau of Prison's interpretation of 18 U.S.C. § 3624(b) and the appropriate manner in which to calculate a prisoner's good time credit. This issue is governed by the Court's decision in Guerin v. Sawyer, Case No. 5:03-cv-203-Oc-10GRJ, in which the Court adopted the United States Magistrate Judge's Report and Recommendation attached hereto.[1] Accordingly, the Clerk is directed to enter judgment denying the Petition in this case with prejudice, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 28th day of September 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Petitioner

---

[1] See also Brown v. McFadden, 416 F.3d 1271, (11th Cir. 2005) (11th Cir. 2005) (holding that the BOP's interpretation of 18 U.S.C. § 3624(b)(1) is reasonable and that rule of lenity is inapplicable).